UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BURKE,

                   Plaintiff,

          -against-

J.P. MORGAN CHASE BANK, N.A.,

                  Defendant.

26-CV-4296 (LTS)

ORDER REVOKING IFP STATUS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court *in forma pauperis* ("IFP"), that is, without prepayment of fees, is revoked. On June 2, 2026, the Court granted Plaintiff's application to proceed IFP. On June 30, 2026, Plaintiff paid the $405.00 in fees to initiate a new civil action. By doing so, Plaintiff demonstrated that he has sufficient funds to pay the filing fees. *See* 28 U.S.C. § 1915(a)(1).

The Court deems this payment as a withdrawal of his application to proceed IFP and, accordingly, revokes his IFP status.

SO ORDERED.

Dated:    June 30, 2026
            New York, New York

                          /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                     Chief United States District Judge