**TURCOTTE LAW, P.C.**
641 Lexington Avenue, 15th Floor, New York, New York 10022

**Christopher B. Turcotte**
Direct Dial: (212) 937-8499
Direct Fax: (646) 417-5851
E-Mail: cturcotte@cbtlaw.com

July 27, 2026

**VIA ECF FILING**
The Honorable Lewis J. Liman
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Burke v. JPMorgan Chase Bank, N.A.*
Case No. 1:26-cv-04296-LJL

Dear Judge Liman:

This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter.

We write at the request of *pro se* plaintiff Christopher Burke to request an adjournment of the initial pretrial conference scheduled for August 19, 2026. See ECF No. 14. Mr. Burke will be on a pre-planned vacation on that date and through August 27, 2026. Accordingly, Plaintiff seeks, with the consent of Chase, that the conference be rescheduled to a date following his return. This is the first request for an adjournment of the initial pretrial conference.

We thank the Court for its consideration of this request.

Respectfully,

/s/*Christopher B. Turcotte*
Christopher B. Turcotte

cc: Christopher Burke, *Pro Se*
(via cburke178@gmail.com)

The Initial Pretrial Conference is rescheduled to September 15, 2026 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 28, 2026